Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Wendy A. Aminazadeh

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY A. AMINAZADEH,<br><br>                Plaintiff,<br><br>        vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant.<br>_____ | ) Case No.: 1:10-cv-01068 GSA<br>)<br>) STIPULATION AND ORDER FOR<br>) THE AWARD AND PAYMENT OF<br>) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO THE EQUAL<br>) ACCESS TO JUSTICE ACT, 28 U.S.C.<br>) § 2412(d)<br>)<br>)<br>)<br>)<br>) |

        TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF

THE DISTRICT COURT:

        IT IS HEREBY STIPULATED by and between the parties through their

undersigned counsel, subject to the approval of the Court, that Wendy A.

Aminazadeh be awarded attorney fees and expenses in the amount of THREE

THOUSAND SEVEN HUNDRED dollars ($3,700.00) under the Equal Access to

Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation

for all legal services rendered on behalf of Plaintiff by counsel in connection with

this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

1    After the Court issues an order for EAJA fees to Wendy A. Aminazadeh,

2    the government will consider the matter of Wendy A. Aminazadeh's assignment of

3    EAJA fees to Laura E. Krank.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-

4    2253 (2010), the ability to honor the assignment will depend on whether the fees

5    are subject to any offset allowed under the United States Department of the

6    Treasury's Offset Program.  After the order for EAJA fees is entered, the

7    government will determine whether they are subject to any offset.

8    Fees shall be made payable to Wendy A. Aminazadeh, but if the

9    Department of the Treasury determines that Wendy A. Aminazadeh does not owe a

10   federal debt, then the government shall cause the payment of fees, expenses and

11   costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to

12   the assignment executed by Wendy A. Aminazadeh.  Any payments made shall be

13   delivered to Laura E. Krank.

14   This stipulation constitutes a compromise settlement of Wendy A.

15   Aminazadeh's request for EAJA attorney fees, and does not constitute an

16   admission of liability on the part of Defendant under the EAJA.  Payment of the

17   agreed amount shall constitute a complete release from, and bar to, any and all

18   claims that Wendy A. Aminazadeh and/or Laura E. Krank including Law Offices

19   of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in

20   connection with this action.

21   Laura E. Krank reserves the right to contend that any non-payment caused

22   by the collection of a federal debt owed by Wendy A. Aminazadeh violates 31

23   C.F.R. § 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).

24   Nothing in this stipulation shall be construed as an admission by Laura E. Krank

25   that the Government has the right or authority to offset the fees due and payable

26   pursuant to this stipulation.

1    This award is without prejudice to the rights of Laura E. Krank and/or

2    Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42

3    U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

4    DATE: September 20, 2011          Respectfully submitted,

5                                      ROHLFING & KALAGIAN, LLP

6                                         /s/ *Laura E. Krank*

7                                      BY:_____

                                       Laura E. Krank

8                                      Attorney for plaintiff Wendy A. Aminazadeh

9

10   DATED: October 17, 2011

                                       BENJAMIN B. WAGNER

11                                     United States Attorney

12

13                                        /s/ *Daniel P. Talbert*

14                                     _____

                                       Daniel P. Talbert

                                       Special Assistant United States Attorney

15                                     Attorneys for Defendant Michael J. Astrue,

                                       Commissioner of Social Security

16                                     (Per e-mail authorization)

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

1

2

**ORDER**

3

4          As per the stipulation of the parties, Plaintiff's counsel, Laura Krank, shall

5   be awarded  THREE THOUSAND SEVEN HUNDRED dollars ($3,700.00) in

    attorney fees under 28 U.S.C. § 2412(d) pursuant to the conditions set forth above.

6

7

8   IT IS SO ORDERED.

9

10     Dated:   __October 19, 2011__          _____/s/ Gary S. Austin_____
                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26