Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Wendy A. Aminazadeh

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY A. AMINAZADEH,<br><br>       Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>       Defendant.<br>_____ | Case No.: 1:10-cv-01068 GSA<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Wendy A. Aminazadeh be awarded attorney fees and expenses in the amount of THREE THOUSAND SEVEN HUNDRED dollars ($3,700.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1    After the Court issues an order for EAJA fees to Wendy A. Aminazadeh,

2  the government will consider the matter of Wendy A. Aminazadeh's assignment of

3  EAJA fees to Laura E. Krank.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-

4  2253 (2010), the ability to honor the assignment will depend on whether the fees

5  are subject to any offset allowed under the United States Department of the

6  Treasury's Offset Program.  After the order for EAJA fees is entered, the

7  government will determine whether they are subject to any offset.

8    Fees shall be made payable to Wendy A. Aminazadeh, but if the

9  Department of the Treasury determines that Wendy A. Aminazadeh does not owe a

10  federal debt, then the government shall cause the payment of fees, expenses and

11  costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to

12  the assignment executed by Wendy A. Aminazadeh.  Any payments made shall be

13  delivered to Laura E. Krank.

14    This stipulation constitutes a compromise settlement of Wendy A.

15  Aminazadeh's request for EAJA attorney fees, and does not constitute an

16  admission of liability on the part of Defendant under the EAJA.  Payment of the

17  agreed amount shall constitute a complete release from, and bar to, any and all

18  claims that Wendy A. Aminazadeh and/or Laura E. Krank including Law Offices

19  of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in

20  connection with this action.

21    Laura E. Krank reserves the right to contend that any non-payment caused

22  by the collection of a federal debt owed by Wendy A. Aminazadeh violates 31

23  C.F.R. § 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).

24  Nothing in this stipulation shall be construed as an admission by Laura E. Krank

25  that the Government has the right or authority to offset the fees due and payable

26  pursuant to this stipulation.

1        This award is without prejudice to the rights of Laura E. Krank and/or

2  Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42

3  U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

4  DATE: September 20, 2011     Respectfully submitted,

5                                  ROHLFING & KALAGIAN, LLP

6                                    /s/ *Laura E. Krank*

7                                  BY:_____

                                    Laura E. Krank

8                                    Attorney for plaintiff Wendy A. Aminazadeh

9

10  DATED: October 17, 2011

11                                    BENJAMIN B. WAGNER

                                    United States Attorney

12

13                                  /s/ *Daniel P. Talbert*

14                                  _____

                                  Daniel P. Talbert

                                  Special Assistant United States Attorney

15                                  Attorneys for Defendant Michael J. Astrue,

                                  Commissioner of Social Security

16                                  (Per e-mail authorization)

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

1
2
## ORDER

3       As per the stipulation of the parties, Plaintiff's counsel, Laura Krank, shall

4   be awarded  THREE THOUSAND SEVEN HUNDRED dollars ($3,700.00) in

5   attorney fees under 28 U.S.C. § 2412(d) pursuant to the conditions set forth above.

6
7
8
IT IS SO ORDERED.
9
10      Dated:   **October 19, 2011**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26